IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS, #292583, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-153-WHA |
| ) | (WO) |
| ) | |
| STATE OF ALA. BD. OF PARDONS ) | |
| AND PAROLES, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #25) entered on August 17, 2016. There being no timely objection filed to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee as ordered by the court.

Final Judgment will be entered separately.

DONE this 23rd day of September, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE