IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLIAMS, #292583, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-153-WHA |
| | ) (WO) |
| STATE OF ALA. BD. OF PARDONS AND PAROLES, et al., | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #32) entered on January 11, 2017. There being no timely objection filed to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED

2. This case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee as ordered by the court

Final Judgment will be entered separately.

DONE this 6th day of February, 2017.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE